SO ORDERED: December 5, 2013.



Frank J. Otte
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rita Beth Kashmen | ) | CASE NO.  13-80894-FJO-7 |
| | ) | |
| DEBTOR(S) | ) | |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

The Debtor(s)s has filed a motion pursuant to 11 U.S.C. Section 522(f)(1)(A) seeking to avoid the judicial lien of Statewide Credit Association, Inc., and notice to said creditor and all other parties in interest having been issued, and no objection thereto having been filed, the Court NOW GRANTS said motion.

IT IS THEREFORE, ORDERED, AND ADJUDGED by the Court that the judicial lien obtained by Statewide Credit Association, Inc., in the amount of $612.91, in Putnam County, Superior Court, Cause No. 67D01-1202-SC-86, against a certain parcel of real property commonly known as 100 S. Fordice Street, Russellville, IN 46175, and legally described as follows:

Lots Numbered 5 and 6 in Block Number 2 in Frank M. Brumfields Third West Addition, to the Town of Russellville, as per plat thereof recorded in Plat Book 3, Part 2, page 121, in the office of the Recorder of Putnam County, Indiana.

in which the debtor has an interest, is declared null and void.

###